IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00717-WYD-BNB

BYRON SMITH,

Plaintiff,

v.

THE AMERICAN ALPINE CLUB,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Motion to Amend Complaint** [docket no. 11, filed July 24, 2006] (the "Motion").

IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing docket no. 12, which is the Amended Complaint and Jury Demand.

IT IS FURTHER ORDERED that the hearing on this Motion set for **August 24, 2006**, is VACATED.

DATED:  August 3, 2006