IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00717-WYD-BNB

BYRON SMITH,

Plaintiff,

v.

THE AMERICAN ALPINE CLUB,

Defendant.
_____

**ORDER**
_____

This matter is before me on the following:

(1)   **Defendant's Motion to Compel Responses to Written Discovery** [Doc. # 24, filed 10/25/2006] (the "Motion to Compel"); and

(2)   Defendant's **Unopposed Motion to Extend Defendant's Expert Disclosure Deadline** [Doc. # 26, filed 11/10/2006] (the "Motion to Extend"). I held a hearing on the motions this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion to Compel is GRANTED. The plaintiff shall provide full responses to Interrogatories 4, 5, 6, 7, 8, 9, 10, 11, 12 19, 20, and 21, and shall produce all documents responsive to Production Requests No. 2, 3, 4, 5, 6, 12, 13, 15, 16, and 17 on or before **December 1, 2006**.

IT IS FURTHER ORDERED that the Motion to Extend is GRANTED, the case schedule is modified to the following extent:

Defendant The American Alpine Club shall have to and including **January 31, 2007**, within which to designate experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2).

Dated November 17, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge