IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-00717-WYD-BNB

BYRON SMITH,

    Plaintiff(s),

v.

THE AMERICAN ALPINE CLUB,

    Defendant(s).

---

**ORDER AFFIRMING AND ADOPTING RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

THIS MATTER is before the Court on the Motion to Dismiss for Failure to Prosecute, or Failure to Comply with Rules or Court Orders, Pursuant to Fed. R. Civ. P. 41(b) (docket #37), filed December 4, 2006.  The motion was referred to Magistrate Judge Boyd N. Boland for a recommendation by Order of Reference dated December 11, 2006.  Magistrate Judge Boland issued a Recommendation on August 2, 2007, that the above referenced motion be granted.  (Recommendation at 6.)  The Recommendation is incorporated herein by reference.  *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b).

The Recommendation advised the parties that specific written objections were due within ten (10) days after being served with a copy of the Recommendation. (Recommendation at 6.)  Despite this advisement, no objections to the Magistrate Judge's Recommendation were filed by either party.

"In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150 (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings"). Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Boland is sound and that there is no clear error on the face of the record. *See* Fed. R. Civ. P. 72(a). I agree that the above referenced motions should be granted. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Boland (docket #49) dated August 2, 2007, is **AFFIRMED** and **ADOPTED**. In accordance therewith, it is

FURTHER ORDERED that the Motion to Dismiss for Failure to Prosecute, or Failure to Comply with Rules or Court Orders, Pursuant to Fed. R. Civ. P. 41(b) (docket #37), filed December 4, 2006 is **GRANTED**. It is

FURTHER ORDERED that this action is **DISMISSED WITH PREJUDICE**.

Dated: August 21, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge